# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL V. ROSSI,**

    **Plaintiff,**

-vs-                                                         Case No. 6:08-cv-750-Orl-28KRS

**POCONO POINT, LLC, CULP BROTHERS CONSULTING, LLC, JAMES W. CULP,**

    **Defendants.**

___

## ORDER

This case is before the Court on Plaintiff's Amended Motion for Default Judgment (Doc. No. 20) filed December 16, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 14, 2009 (Doc. No. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Amended Motion for Default Judgment (Doc. No. 20) is **GRANTED**.

    3.    Default judgment is entered against Defendants Pocono Point, LLC, Culp Brothers Consulting, LLC, and James W. Culp on Count One.

    4.    Default judgment is entered against Defendant James W. Culp on Count Two.

5. Defendants Pocono Point, LLC, Culp Brothers Consulting, LLC and James W. Culp shall pay, jointly and severally, to Michael V. Rossi damages in the amount of $500,000.00, and prejudgment interest in the amount of $115,345.58 (10% interest on $500.000.00 from 11/1/06-2/20/09), for a total amount of $615,345.58.

6. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendants in the amount of $615,345.58 and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 20th day of February, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party